AO 93 (Rev. 12/09) Search and Seizure Warrant   (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

ORIGINAL

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   2:18-MJ-03084
4445 JASPER STREET, )
LOS ANGELES, CALIFORNIA )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Central     District of     California    
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before   14 days from the date of its issuance  
                                                                                                                                                    *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
                              *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                                        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   11/20/2018 Noon      *[signed]* John E McDermott
                                                                                    *Judge's signature*

City and state:   Los Angeles, California         Honorable John E. McDermott, U.S. Magistrate Judge
                                                                                    *Printed name and title*

AUSA: Andrew Brown, 11th Floor, x0102

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

### Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:18-MJ-03084 | November 28, 2018 6:30 a.m. | Armando Lopez |

**Inventory made in the presence of:**
U.S. Postal Inspector Kimberly Granger

**Inventory of the property taken and name of any person(s) seized:**
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See attached search warrant inventory for 4445 Jasper Street, Los Angeles, California (three pages)

Case # 2382588-R1

### Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: November 30, 2018

_Kgnang_
Executing officer's signature

Kimberly Granger, U.S. Postal Inspector
Printed name and title

AUSA: Andrew Brown, 11th Floor, x0102

**Restricted Information**

Requestor: USPIS\KLShen

**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

Report Name: Search Warrant Inventory for Case 2382588-RI

Subject Name:
Subject Address: 4445 Jasper Street, Los Angeles, CA 90032
Inspector: KELLY L SHEN
Case Number: 2382588-RI

Acquisition Date: 11/28/2018

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| IS0001429249 | Notebook with pallet weights | Room C - Side Table |
| IS0001429250 | Tax returns in the name of D. Contreras | Room A - Wall Shelf Christmas Box |
| IS0001429251 | Tax and earning statements in the name of A. Lopez and D. Contreras | Room A - Wall Shelf/Black Zipper Case |
| IS0001429252 | Financial documents in the name of D. Contreras and A. Lopez | Room G - Closet |
| IS0001429253 | Debit/Credit Cards in the name of D. Contreras | Room G - Dresser |
| IS0001429254 | Mexican Passport in the name of A. Lopez | Room G - Dresser |
| IS0001429255 | Multiple checkbooks in the name of A. Lopez and D. Contrereas | Room G - Dresser |
| IS0001429256 | Court documents in the name of A. Lopez | Room G - CLoset |
| IS0001429257 | Tax Return in the name of A. Lopez | Room G- Closet |
| IS0001429258 | A California Driver's License, Mexican Identification Document, Banc of California Visa, Wells Fargo Debit Card, and MasterCard in the name of A. Lopez | Room G - Wallet on Night Stand |



**United States Postal Inspection Service**

Restricted Information
Requestor: USPIS\KLShen

**Property Evidence Acquisition Program (PEAP)**

Report Name: Search Warrant Inventory for Case 2382588-RI

Subject Name:
Subject Address: 4445 Jasper Street, Los Angeles, CA 90032
Inspector: KELLY L SHEN
Case Number: 2382588-RI

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date: 11/28/2018 | | |
| IS0001429259 | Premier Mailing Services Documents | Room G - Night Stand |
| IS0001429260 | M&P Shield magazine with six 40 caliber rounds of ammunition | Room G - Night Stand |
| IS0001429261 | Credit Card in the name of D. Contrereas ending 4828 | Room G - Night Stand |
| IS0001429262 | Wells Fargo Bank Statement in the name of A. Lopez | Cadillac - Driveway |
| IS0001429263 | Smith and Wesson magazine with six 40 caliber rounds, one box of Herters 40 caliber ammunition, and one box of Remington ammunition with 20 rounds of 30-30 ammunition | Room G - Closet |
| IS0001429264 | Rental Agreement for residence | Cadillac - Driveway |
| IS0001429267 | Data Extraction of Samsung Cell Phone bearing serial number RF8J40LZCEX | Room G - On Top of Bed Side Table |
| IS0001429268 | Data extraction of Apple iPhone bearing serial number F4GV128FHG7H | Room G - Top of Headboard |
| IS0001429269 | Data extraction of Apple iPhone bearing serial number PNQR5KT6GRY8 | Room D - Top of Bed |
| IS0001429270 | Bank/Mortgage Statements, BOA Debit ending 5830, and BOA deposit receipt | Room D - Brown PUrse on Back of Door Handle |



**United States Postal Inspection Service**

Restricted Information

Requestor: USPIS\KLShen

**Property Evidence Acquisition Program (PEAP)**

Report Name: Search Warrant Inventory for Case 2382588-RI

Subject Name:
Subject Address: **4445 Jasper Street, Los Angeles, CA 90032**
Inspector: **KELLY L SHEN**
Case Number: **2382588-RI**

| Bar Code Number | Description: | Recovered Location |
|---|---|---|

Acquisition Date: **11/28/2018**

| | | |
|---|---|---|
| IS0001429271 | Checks, Bank of America Statement, and Credit Card ending 0597 in the name of V. Vinar | Room D - Black Dresser to Right of Bed |
| IS0001429272 | Smith and Wesson M&P Shield 40 Caliber bearing serial number HPP7845 | Room G - Nightstand |

**Total Evidence: 22**